AO 245H    (Rev. 12/03 - VAW Additions 1/06) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## Western District of Virginia

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | **(For a Petty Offense)** - Short Form |
| Jacob R. Woolner | CASE NUMBER: DVAW522po000041-001 |
| | CASE NUMBER: |
| | USM NUMBER: |
| | Pro Se |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒  THE DEFENDANT pleaded guilty to count(s)  1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR 4.22 | Unsafe operation | 7/10/22 | 1 |

☐ Count(s) _____

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

|  | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** | $ 10 | $ 150 | $ |

$160.00 paid in full, receipt #500003425

Defendant's Soc. Sec. No.: 2175

Defendant's Date of Birth: 2000

Defendant's Residence Address:
Fredericksburg, VA

9/13/2022
Date of Imposition of Judgment

*/s/ Joel C. Hoppe*
Signature of Judge

Joel C. Hoppe, United States Magistrate Judge
Name and Title of Judge

9/23/22
Date

Defendant's Mailing Address:
Fredericksburg, VA